NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000248
17-MAY-2018
10:00 AM**

NO. CAAP-17-0000248

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATE-HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2007-15CB, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-15CB,
Plaintiff-Appellee, v. GALILEE MARAEA LANIAKEA CHEE,
Defendant-Appellant, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A.,
Defendants-Appellees, and JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE
ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1343)

ORDER DENYING MOTION TO OBJECT
(By: Fujise, Presiding Judge, Leonard and Chan)

Upon consideration of Defendant-Appellant's Motion to Object filed herein on May 4, 2018, which this court construes as a motion for reconsideration of this court's Summary Disposition Order filed on April 30, 2018, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, May 17, 2018.

On the motion:

Galilee Maraea Laniakea Chee,
Defendant-Appellant, *Pro Se.*

Presiding Judge

Associate Judge

Associate Judge